

The following constitutes the order of the court.
Signed April 11, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Elmer Arindaeng,

      Debtor.

No. 14-41416

Chapter 13

**MEMORANDUM REGARDING EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR RELIEF FROM STAY**

An *Ex Parte Application For Order Shortening Time To Hear Motion For Relief From Stay* was filed in the above-captioned case on April 8, 2014 (Doc. 11). The Court is available to hear a motion for relief from stay on April 21, 2014, at 9:00 AM in Courtroom 220 of the above captioned court, located at 1300 Clay Street, Oakland, CA 94612. The Court will not enter an Order granting the *Ex Parte Application* before April 15, 2014. If any party opposes the *Ex Parte Application*, a response must be filed

by April 15, 2014.  The motion for relief from stay must be served by April 14, 2014.

**\*END OF MEMORANDUM\***

## COURT SERVICE LIST

Elmer Arindaeng
1864 Camino Ramon
Danville, CA 94526

Lewis Phon
Law Offices of Lewis Phon
4040 Heaton Court
Antioch, CA 94509